UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DeANGELO JULIAN LEWIS,

        Petitioner,                      Case No. 1:16-cv-451

v.                                         Honorable Paul L. Maloney

TONY TRIERWEILER,

        Respondent.
_____/

**JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it fails to raise a meritorious federal claim.

Dated:  May 27, 2016               /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               United States District Judge